
```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0013--CR (RRB)
            "USA V FRANCES ANN SHEAKLEY ET AL"
                DEF 1.1 SHEAKLEY, FRANCES ANN

     Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  09/17/03
             Closed:  06/07/04
 No. of Defendants:  4
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Louis J. Menendez
                     227 7th Street
                     Juneau, AK 99801
                     907-586-5996
                     FAX 907-586-2206
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 1.1 SHEAKLEY, FRANCES ANN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846, 841(b)(1)(B) DRUG CONSPIRACY (F) | Terminated |
| 35 - 1 | 1-S | 21:846 and 841(b)(1)(B) DRUG CONSPIRACY (F) | Sentenced (128-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0013--CR (RRB)
                                "USA V FRANCES ANN SHEAKLEY ET AL"
                                 DEF 2.1 SHEAKLEY, RICHARD JR.

                    Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 09/17/03
             Closed: 06/07/04
 No. of Defendants: 4
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 02/17/04
         Terminated: YES
  Needs interpreter: NO
   Counsel of record: Hugh W. Fleischer
                     310 K Street, Suite 200
                     Anchorage, AK 99501
                     907-264-6635
                     FAX 907-264-6602
                     Serve: YES
                      Type: CJA
                      Role: Appeal


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 2.1 SHEAKLEY, RICHARD JR.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846, 841(b)(1)(B) DRUG CONSPIRACY (F) | Terminated |
| 35 -   1 | 1-S | 21:846 and 841(b)(1)(B) DRUG CONSPIRACY (F) | Sentenced (136-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0013--CR (RRB)
                                "USA V FRANCES ANN SHEAKLEY ET AL"
                                  DEF 3.1 RIVERA-CAMPOS, GUILLERMO

                     Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
                Filed:  09/17/03
               Closed:  06/07/04
   No. of Defendants:  4
       MJ Case Number:
                  AKA:
      Location status:  U.S. Custody
           Trial date:
           Terminated:  YES
    Needs interpreter:  YES
     Counsel of record: Sue Ellen Tatter
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

     Counsel of record: Frank V. Russo
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513
                        907-271-5071
                        FAX 907-271-3224
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


   Counts re: DEF 3.1 RIVERA-CAMPOS, GUILLERMO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846, 841(b)(1)(B) DRUG CONSPIRACY (F) | Terminated |
| 35 - 1 | 1-S | 21:846 and 841(b)(1)(B) DRUG CONSPIRACY (F) | Dismissed (129-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0013--CR (RRB)
                                  "USA V FRANCES ANN SHEAKLEY ET AL"
                                   DEF 4.1 GONZALEZ-ALVARADO, OSCAR

                        Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 09/17/03
             Closed: 06/07/04
 No. of Defendants: 4
     MJ Case Number: A03-0254--MJ
                AKA: PABLO JIMENEZ ALVARADO
    Location status: U.S. Custody
         Trial date: 02/17/04
         Terminated: YES
 Needs interpreter: YES
  Counsel of record: David R. Weber
                     Vasquez & Weber PC
                     943 W. 6th Avenue, Suite 132
                     Anchorage, AK 99501
                     907-279-9122
                     FAX 907-279-9123
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 4.1 GONZALEZ-ALVARADO, OSCAR
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 35 - 1 | 1-S | 21:846 and 841(b)(1)(B) DRUG CONSPIRACY (F) | Dismissed (125-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                                 "USA V FRANCES ANN SHEAKLEY ET AL"

                                          For all filing dates


  Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:   The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
            Filed:  09/17/03
           Closed:  06/07/04
No. of Defendants:  4


Document #   Filed      Docket text
──────────   ─────      ───────────
NOTE -  1    09/17/03   [Re: DEF 1] Issued WOA.

NOTE -  2    09/17/03   [Re: DEF 2] Issued WOA.

NOTE -  3    09/17/03   [Re: DEF 3] Issued WOA.

   1 -  1    09/17/03   [Re: DEF 1-3] PLF 1 Indictment.

   2 -  1    09/17/03   [Re: DEF 1-3] JDR Grand Jury Minutes re WOA to be issued re D1,2,3;
                        Habeas ad Pros to follow re D1; no bail set re D1,2,3; in State Cust,
                        Juneau, re D1.

   3 -  1    09/25/03   [Re: DEF 1] PLF 1 motion (petition) for writ of habeas corpus ad
                        prosequendum.

   4 -  1    09/25/03   [Re: DEF 3] PLF 1 motion (petition) for writ of habeas corpus ad
                        prosequendum.

NOTE -  4    09/26/03   [Re: DEF 1,2] Issued: Writ H/C ad pros

   5 -  1    09/26/03   [Re: DEF 1] PMP Order granting motion (petition) for writ of habeas
                        corpus ad prosequendum. (3-1) cc: USA, USM, def w/USM cy

   6 -  1    09/26/03   [Re: DEF 3] PMP Order granting motion (petition) for writ of habeas
                        corpus ad prosequendum. (4-1) cc: USA, USM, def w/USM cy

   7 -  1    09/26/03   [Re: DEF 1] PMP Minute Order re Arr set for 9/30/03 at 10:00 a.m. cc:
                        USA, USM, USPO, F. Sheakley w/USM cy

   8 -  1    09/26/03   [Re: DEF 3] PMP Minute Order re Arr set for 9/30/03 at 10:00 a.m. cc:
                        USA, USM, USPO,m G. Rivera-Campos w/USM cy

NOTE -  5    09/29/03   [Re: DEF 1,3] Issued: Proposed Trial Date Setting for Arr.

   9 -  1    09/30/03   [Re: DEF 1] PMP Order of Detention Pending detention Hearing set for
                        10/3/09, 1:00 p.m. at Juneau. cc: USA, FPD, USM, USPO

  10 -  1    09/30/03   [Re: DEF 3] PMP Order of Detention Pending detention Hearing set for
                        10/3/03, 1:00 p.m. at Juneau. cc: USA, FPD, USM, USPO

  11 -  1    09/30/03   DEF 1 Financial Affidavit.

NOTE -  6    10/02/03   [Re: DEF 1-2] Issued: Speedy Trial Notice to Judge Beistline.

  12 -  1    10/02/03   [Re: DEF 1; 3] PMP Court Minutes [ECR Gala Nelson] re Arr on Indt hld
                        9/30/03; FPD to appoint CJA cnsl for D1; M. Geddes apptd for D3; defs
                        pled not guilty; defs detained; det hrg set for 10/3/03 at 1:00 p.m.;
                        cnsl advised of trial date 12/1/03; D1 to file waiver by 10/3 or MJ
                        Pallenberg to recuse himself. cc: USA, FPD, FPD CJA CLerk, USM, USPO,
                        Judge Beistline

ACRS: R_RDSDX                  As of 12/27/05 at 09:10 AM by GARRY                     Page 1
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
"USA V FRANCES ANN SHEAKLEY ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 10/02/03 | [Re: DEF 1; 3] RRB Minute Order setting trial by jury for 12/1/03 at 8:30 a.m. and FPTC for 11/25/03 at 8:20 a.m. in a courtroom to be determined at Anchorage, Alaska. cc: F. Russo, L. Menendez, M. Geddes, USM, USPO, MJ Pallenberg, jury clerk |
| 14 - 1 | 10/03/03 | [Re: DEF 1] PMP Order of Detention Pending Trial. cc: USA, cnsl, USM, USPO |
| 15 - 1 | 10/03/03 | [Re: DEF 3] PMP Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 16 - 1 | 10/03/03 | [Re: DEF 1] PMP Order regarding preparation for trial w/PTMs due 10/20/03; cnsl to meet by 10/10/03. cc: USA, cnsl |
| 17 - 1 | 10/03/03 | [Re: DEF 3] PMP Order regarding preparation for trial w/PTMs due 10/20/03; cnsl to meet by 10/10/03. cc: USA, FPD |
| 18 - 1 | 10/03/03 | [Re: DEF 1; 3] PMP Court Minutes [ECR: Gala Nelson] re detention hrg held 10/3/03; defs detained. cc: USA, cnsl, USM, USPO |
| 19 - 1 | 10/06/03 | [Re: DEF 3] RRB Order appointing Yolanda Salazar-Hobrough as trial interpreter. cc: USA, L. Menendez, FPD, Finance, Interpreter |
| NOTE - 7 | 10/09/03 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 10/8/03. |
| 20 - 1 | 10/09/03 | [Re: DEF 2] PMP Order of Detention Pending detention Hearing set for 10/14/03, 2:00 p.m. at Juneau. cc: USA, FPD, USM, USPO |
| 21 - 1 | 10/09/03 | [Re: DEF 2] PMP Order regarding preparation for trial; confer by 10/16/03; motions due 10/20/03. cc: USA, cnsl |
| 22 - 1 | 10/09/03 | [Re: DEF 2] PMP Court Minutes [ECR Gala Nelson] re: arraignment on indictment (held 10/9/03): CJA apptd and travel approved for detention hrg set for 10/14/03, 2:00 p.m. at Juneau. cc: USA, cnsl, USM, USPO |
| 23 - 1 | 10/09/03 | [Re: DEF 2] PMP Court Minutes AMENDED to reflect correct trial date. cc: USA, cnsl, USM, USPO, CJA clerk |
| 24 - 1 | 10/10/03 | DEF 2 CJA appointment of David G. Arganian. |
| 25 - 1 | 10/14/03 | [Re: DEF 2] Order setting conditions of release. cc: USA, D. Arganian, USM, USPO |
| NOTE - 8 | 10/15/03 | [Re: DEF 2] Issued: Speedy Trial Notice to Judge Beistline. |
| 26 - 1 | 10/15/03 | [Re: DEF 2] RRB Minute Order setting trial by jury for 12//03 at 8:30 a.m. in Juneau, Ak. and FPTC for November 25, 2003 at 8:30 a.m. in a courtroom to be determined. cc: AUSA, FPD, L. Menendez, D. Arganian, USM, USPO, MJ Pallenberg, jury clerk |
| 27 - 1 | 10/15/03 | DEF 1 motion for continuance of motion deadline until 11/3/03 w/att aff. |
| 28 - 1 | 10/15/03 | [Re: DEF 1] PMP Minute Order granting unopposed motion for continuance of motion deadline until 11/3/03 (27-1). cc: USA, J. Willoughby |
| 29 - 1 | 10/16/03 | [Re: DEF 2] PMP Court Minutes [ ECR Gala Nelson] re det hrg hld 10/14/03; def's oral mot for release w/cond's granted; bond set at $10,000 unsec. cc: USA, D. Arganian, USM, USPO |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                              "USA V FRANCES ANN SHEAKLEY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 10/16/03 | [Re: DEF 2] PLF 1 Discovery Conference Certificate. |
| 31 - 1 | 10/16/03 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 32 - 1 | 10/16/03 | [Re: DEF 3] PLF 1 Discovery Conference Certificate. |
| 33 - 1 | 10/20/03 | DEF 2 Unopposed motion for continuance of motions due to 11/17/03 w/att decl. |
| 34 - 1 | 10/20/03 | DEF 3 Unopposed motion on shortened time to cont pretrial motions deadline for 10 days to 2 weeks w/att aff. |
| 35 - 1 | 10/22/03 | [Re: DEF 1-4] PLF 1 First Superseding Indictment. |
| NOTE - 9 | 10/23/03 | [Re: DEF 4] USM Notice of Arrest; defendant arrested 9/19/03 in Federal Way, WA; def arrived in Anch 10/6/03. |
| 36 - 1 | 10/23/03 | [Re: DEF 1-4] JDR Grand Jury Minutes re D2 on bond; no bail set re D1,3,4; set for arr & notify USM re D1-4, In Fed cust (Juneau) re D1,3; In Fed cust (Anch) re D4. |
| 37 - 1 | 10/23/03 | [Re: DEF 4] Documents #2-16 transferred to J03-013 CR (RRB). |
| 38 - 1 | 10/23/03 | [Re: DEF 1] Second Chair, CJA appointment of Julie Willoughby. |
| NOTE - 10 | 10/24/03 | [Re DEF 4] Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 39 - 1 | 10/24/03 | [Re: DEF 3] PMP Minute Order granting unopposed motion on shortened time to cont pretrial motions deadline to 11/3/03 (34-1). cc: USA, FPD |
| 40 - 1 | 10/24/03 | [Re: DEF 4] PMP Minute Order re Arr set for 10/27/03 at 9:30 a.m. before MJ Roberts in Anchorage. cc: USA, B. Wonnell, USM, USPO, MJ Roberts |
| 41 - 1 | 10/24/03 | [Re: DEF 1-3] PMP Minute Order re Arraignments set for 10/30/03 at 1:30 p.m. cc: USA, L. Menendez, D. Arganian, FPD, USM, USPO |
| 42 - 1 | 10/27/03 | [Re: DEF 2] PMP Minute Order granting in part unopposed motion for continuance of motions (33-1); PTM's due 11/3/03. cc: USA, D. Arganian |
| 43 - 1 | 10/27/03 | [Re: DEF 4] JDR Court Minutes [ECR: Robin Carter] re Arr on SIndt hld 10/27/03; def pled not guilty; det cont as prev set; PTM's due 11/13/03; trial set fro 12/1/03. cc: USA, T. Wonnell, USM, USPO, Judge Beistline. |
| 44 - 1 | 10/27/03 | [Re: DEF 4] JDR Order regarding preparation for trial re cnsl to meet & confer by 10/28/03; PTM's due 11/12/03. cc: USA, T. Wonnell |
| 45 - 1 | 10/27/03 | [Re: DEF 1-4] (AMENDED) RRB Minute Order setting trial by jury for 12/1/03 at 8:30 a.m. in Juneau and FPTC for 11/25/03 at 8:20 a.m. in a courtroom to be determined.  cc: F. Russo, L. Menendez, D. Arganian, M Geddes, T. Wonnell, USM, USPO, MJ Pallenberg, jury clerk |
| 46 - 1 | 10/27/03 | DEF 3 Attorney Substitution of Sue Ellen Tatter (FPD) for Mary C. Geddes (FPD). |
| 47 - 1 | 10/30/03 | [Re: DEF 1-3] PMP Court Minutes [ECR: Gala Nelson] re: Arr on Superseding Indictment (held 10/30/03): defs 1-3 waived reading, pled guilty; PTMs due 11/12/03; trial 12/1/03; def 2 cond of release remain same; def 1 and def 3 detained. cc: USA, cnsl, USM, USPO, Judge |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                         "USA V FRANCES ANN SHEAKLEY ET AL"

                              For all filing dates

Document #   Filed      Docket text

   48 -  1   11/04/03   [Re: DEF 4] PLF 1 Discovery conference certificate.

   49 -  1   11/05/03   DEF 2 Unopposed motion to continue the date for presentation of motions.

   49 -  2   11/05/03   DEF 2 Unopposed motion to continue the date for trial.

   50 -  1   11/06/03   [Re: DEF 1-4] RRB Minute Order re: a trial rescheduling conference is
                        set for  11/20/03 at 9:00 a.m. in Courtroom #3 at Anchorage, Alaska.
                        Defs and counsel located in Juneau or elsewhere may attend
                        telephonically.  cc: AUSA, L. Menendez, D. Arganian, S. Tatter, T.
                        Wonnell, USM, USPO, MJ Pallenberg, JC

   51 -  1   11/06/03   [Re: DEF 1] Return of WOA executed at Juneau, AK on 9/30/03.

   52 -  1   11/06/03   [Re: DEF 3] Return of WOA executed at Juneau, AK on 9/30/03.

   53 -  1   11/12/03   DEF 2 motion to dismiss count 1 of the Indt.

   53 -  2   11/12/03   DEF 2 motion to suppress evidence of 588 grams of cocaine found after
                        arrest .

   53 -  3   11/12/03   DEF 2 motion to suppress any statements made by def.

   53 -  4   11/12/03   DEF 2 motion to suppress mention at trial of a prior misd assault
                        conviction of def.

   53 -  5   11/12/03   DEF 2 motion to suppress testimony.

   53 -  6   11/12/03   DEF 2 motion to sever def's trial from co-defendnats.

   53 -  7   11/12/03   DEF 2 motion to suppress from evidence at trial any mention or evidence
                        of prior connections.

   53 -  8   11/12/03   DEF 2 motion to suppress from evidence at trial an anonymous tip from an
                        AK Airlines employee.

   54 -  1   11/12/03   DEF 4 joinder to DEF 2 motion to suppress evidence of 588 grams of
                        cocaine found after arrest (53-2).

   55 -  1   11/12/03   DEF 3 motion to suppress w/att memo & exhs.

   56 -  1   11/17/03   [Re: DEF 3] PLF 1 Unopposed motion to continue deadline until 11/24/03
                        for filing response to defendant's motion to suppress.

   57 -  1   11/17/03   [Re: DEF 2; 4] PLF 1 motion to strike R. Sheakley's PTM served on the
                        gov 11/11.

   58 -  1   11/18/03   DEF 3 Unopposed motion for order permitting withdrawal of suppression
                        motion w/att aff.

   59 -  1   11/19/03   [Re: DEF 3] PMP Minute Order granting unopposed motion to continue
                        deadline until 11/24/03 for filing response to def's mot to suppress
                        (56-1). cc: USA,  FPD

   60 -  1   11/20/03   [Re: DEF 3] PMP Minute Order granting unopposed motion for order
                        permitting withdrawal of suppression motion (58-1); withdrawing motion
                        to suppress (55-1). cc: USA, FPD

ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                      Page 4
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                         "USA V FRANCES ANN SHEAKLEY ET AL"

                                 For all filing dates


 Document #   Filed      Docket text

    61 -  1   11/21/03   [Re: DEF 1-4] RRB Court Minutes [ECR: Denali Elmore] Trial rescheduling
                         conference held 11/20/03.  TBJ set 12/1/03 and FPTC set  11/25/03 are
                         VACATED.  The TBJ is reset for 1/20/04 at 9:00 a.m. in Juneau and the
                         FPTC is set for 1/13/04 at 8:30 in Anchorage. Parties may appear
                         telephonically at the FPTC.  Court found excludable delay under section
                         3161 (h)(8)(A)(B), (h)(8)(B)(i), and (h)(8)(B)(ii).  cc: F. Russo, L.
                         Menendez, D. Arganian, S. Tatter, T. Wonnell, USM, USPO, MJ Pallenberg

    62 -  1   12/09/03   [Re: DEF 2; 4] PMP Minute Order granting in part unopposed motion to
                         continue the date for presentation of motions (49-1); PTM's due
                         12/29/03. oppos due 1/5/04, replies due 1/7/04; granting motion to
                         strike R. Sheakley's PTMs served on the gov 11/11/04 (57-1); STRIKING
                         motion to dismiss count 1 of the Indt (53-1), motion to suppress
                         evidence of 588 grams of cocaine found after arrest (53-2), motion to
                         suppress any statements made by def (53-3), motion to suppress mention
                         at trial of a prior misd assault conviction of def (53-4), motion to
                         suppress testimony (53-5), motion to sever def's trial from
                         co-defendnats (53-6), motion to suppress from evidence at trial any
                         mention or evidence of prior co (53-7), motion to suppress from evidence
                         at trial an anonymous tip from an AK Airline (53-8); def Alvarado's
                         joinder (54-1) is no longer before the court. cc: USA, D. Arganian, T.
                         Wonnell

    63 -  1   12/16/03   [Re: DEF 2] PLF 1 Unopposed motion on shortened time to continue the
                         trial date until 2/16/04.

    64 -  1   12/17/03   [Re: DEF 1-4] RRB Minute Order re: a telephonic status hearing will be
                         held 12/22/03 at 9:00 a.m. in Courtroom #3.  Counsel and/or parties may
                         appear telephonically.  cc: F. Russo, L. Menendez, D. Arganian, S.
                         Tatter, T. Wonnell, USM, USPO, MJ Pallenberg

    65 -  1   12/22/03   [Re: DEF 1-4] RRB Court Minutes [ECR: Robin Carter] Status hearing held
                         12/22/03.  TBJ set for 1/20/04 and FPTC set for 1/13/04 are VACATED.
                         TBJ is reset for 2/17/04 at 8:30 a.m. in Juneau and FPTC is reset for
                         2/10/04 at 8:30 a.m. in Anchorage. Court found excludable delay under
                         section 3161 (h)(8)(B)(ii).  Counsel may appear telephonically at the
                         fptc.  Pretrial motions are due 12/29/03.   cc: F. Russo, L. Menendez,
                         D. Arganian, S. Tatter. T. Wonnell, USM, USPO, MJ Pallenberg, Jury Clerk

    66 -  1   12/29/03   DEF 2 motion to dismiss count one of the indictment w/att memo & exhs.

    66 -  2   12/29/03   DEF 2 motion to suppress evidence w/att memo & exhs.

    66 -  3   12/29/03   DEF 2 motion to suppress any statments made by defendant w/att memo &
                         exhs.

    66 -  4   12/29/03   DEF 2 motion to suppress mention at trial of a prior misdemeanor assault
                         conviction w/att memo & exhs.

    66 -  5   12/29/03   DEF 2 motion to compel the government to produce a Bill of Particulars
                         w/att memo & exhs.

    66 -  6   12/29/03   DEF 2 motion to compel the government to produce grand jury transcripts
                         w/att memo & exhs.

    66 -  7   12/29/03   DEF 2 motion to compel the government to produce information re
                         Informants & Cooperating Witnesses w/att memo & exhs.

 ACRS: R_RDSDX                  As of 12/27/05 at 09:10 AM by GARRY                       Page 5
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                              "USA V FRANCES ANN SHEAKLEY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 66 - 8 | 12/29/03 | DEF 2 motion to compel the govt to produce evidence that any govt witness is biased or prejudiced against the def w/att memo & exhs. |
| 66 - 9 | 12/29/03 | DEF 2 motion to compel the govt to produce evidence that any govt witness has engaged in any criminal act w/att memo & exhs. |
| 66 - 10 | 12/29/03 | DEF 2 motion to compel the govt to produce evidence that any witness is under investigation w/att memo & exhs. |
| 66 - 11 | 12/29/03 | DEF 2 motion to compel the govt to produce any Jenks Act material w/att memo & exhs. |
| 66 - 12 | 12/29/03 | DEF 2 motion to compel the govt to produce all statements &/or promises, express or implied, made to any govt witnesses, in exchange for their testimony w/att memo & exhs. |
| 67 - 1 | 01/05/04 | [Re: DEF 2] PLF 1 opposition to DEF 2's omnibus motions: motion to dismiss count one of the indictment (66-1), motion to suppress evidence (66-2), motion to suppress any statments made by defendant (66-3), motion to suppress mention at trial of a prior misdemeanor assault conviction (66-4), motion to compel the government to produce a Bill of Particulars (66-5), motion to compel the government to produce grand jury transcripts (66-6), motion to compel the government to produce information re Informants & Cooperating Witnesses (66-7), motion to compel the govt to produce evidence that any govt witness is biased or prejudiced against the def (66-8), motion to compel the govt to produce evidence that any govt witness has engaged in any criminal act (66-9), motion to compel the govt to produce evidence that any witness is under investigation (66-10), motion to compel the govt to produce any Jenks Act material (66-11), motion to compel the govt to produce all statements &/or promises, express or implied, made to any govt witnesses, in exchange for their testimony (66-12). |
| 68 - 1 | 01/08/04 | [Re: DEF 2] PMP Minute Order denying motion to compel the government to produce a Bill of Particulars (66-5), motion to compel the government to produce grand jury transcripts (66-6), motion to compel the government to produce information re Informants & Cooper (66-7), motion to compel the govt to produce evidence that any govt witness is biased (66-8), motion to compel the govt to produce evidence that any govt witness has engag (66-9), motion to compel the govt to produce evidence that any witness is under inves (66-10), motion to compel the govt to produce any Jenks Act material (66-11), motion to compel the govt to produce all statements &/or promises, express or (66-12). cc: USA, D. Arganian |
| 69 - 1 | 01/08/04 | Initial R&R re: DEF 2 motion to dismiss count one of the indictmentbe DENIED. (66-1). Objections due 01/15/04. Reply due 01/22/04. cc: USA, cnsl, Judge |
| 69 - 2 | 01/08/04 | Initial R&R re: DEF 2 motion to suppress evidence be DENIED. (66-2). Objections due 01/15/04. Reply due 01/22/04. cc: USA, cnsl, Judge |
| 69 - 3 | 01/08/04 | Initial R&R re: DEF 2 motion to suppress any statments made by defendant be DENIED. (66-3). Objections due 01/15/04. Reply due 01/22/04. cc: USA, cnsl, Judge |
| 69 - 4 | 01/08/04 | Initial R&R re: DEF 2 motion to suppress mention at trial of a prior misdemeanor assault conviction be GRANTED. (66-4). Objections due 01/15/04. Reply due 01/22/04. cc: USA, cnsl, Judge |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                           "USA V FRANCES ANN SHEAKLEY ET AL"

                                   For all filing dates

Document #    Filed      Docket text
----------    -----      -----------

   70 -   1   01/13/04   DEF 2 reply to opposition to DEF 2 motion to dismiss count one of the
                         indictment (66-1), DEF 2 motion to suppress evidence (66-2), DEF 2
                         motion to suppress any statments made by defendant (66-3), DEF 2 motion
                         to suppress mention at trial of a prior misdemeanor assault conviction
                         (66-4).

   71 -   1   01/26/04   [Re: DEF 2] RRB Minute Order denying motion to dismiss count one of the
                         indictment (66-1), motion to suppress evidence (66-2), motion to
                         suppress any statments made by defendant (66-3); granting motion to
                         suppress mention at trial of a prior misdemeanor assault conviction
                         (66-4).  The court adopts & accepts the MJ's initial R&R at dkt 69.  cc:
                         AUSA, D. Arganian, MJ Pallenberg

   72 -   1   01/29/04   DEF 3 Notice of Intent to change plea.

   73 -   1   01/29/04   {SEALED}

   74 -   1   01/29/04   {SEALED}

   75 -   1   01/30/04   [Re: DEF 3] RRB Minute Order setting PCOP for 02/13/04 at 11:00 a.m. in
                         Juneau, AK. cc: USA, FPD, USM, USPO, Judge Fitzgerald, MJ Pallenberg

   76 -   1   01/30/04   [Re: DEF 1] RRB Minute Order setting PCOP for 02/13/04 at 10:00 a.m. in
                         Juneau, AK before Judge Fitzgerald. cc: USA, Menendez, USM, USPO, Judge
                         Fitzgerald, MJ Pallenberg

   77 -   1   02/02/04   {SEALED}

   78 -   1   02/03/04   {SEALED}

   79 -   1   02/03/04   {SEALED}

   79 -   2   02/03/04   {SEALED}

   79 -   3   02/04/04   {SEALED}

   80 -   1   02/04/04   DEF 4 Attorney Appearance of David R. Weber.

   81 -   1   02/04/04   {SEALED}

   82 -   1   02/05/04   {SEALED}

   83 -   1   02/05/04   {SEALED}

   84 -   1   02/06/04   {SEALED}

 NOTE -  11   02/09/04   {SEALED}

   83 -   2   02/09/04   {SEALED}

   85 -   1   02/09/04   {SEALED}

   86 -   1   02/09/04   DEF 2 Jury Instructions.

   87 -   1   02/10/04   [Re: DEF 2; 4] RRB Court Minutes [ECR: Caroline Edmiston] FPTC held
                         2/10/04.  Mr. Russo to work on documents & issues requested by defense
                         counsel. cc: F. Russo, D. Arganian, D. Weber
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                           "USA V FRANCES ANN SHEAKLEY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 88 - 1 | 02/10/04 | DEF 4 motion on shortened time to quash defendant's subpoenas to Federal Agents. |
| 89 - 1 | 02/10/04 | [Re: DEF 3] PLF 1 Notice of filing related Information in J04-001 CR (RRB).  A COP is set for 2/13/04. |
| 90 - 1 | 02/10/04 | PLF 1 Trial Brief. |
| 91 - 1 | 02/10/04 | PLF 1 Proposed Jury Instructions. |
| 92 - 1 | 02/10/04 | PLF 1 Proposed Voir Dire. |
| 93 - 1 | 02/11/04 | [Re: DEF 2; 4] PLF 1 Notice of intent to use digital evidenc presentation system. |
| 94 - 1 | 02/11/04 | DEF 4 opposition to DEF 4 motion on shortened time to quash defendant's subpoenas to Federal Agents (88-1). |
| 95 - 1 | 02/12/04 | [Re: DEF 4] PLF 1 Notice of filing related information. |
| 96 - 1 | 02/12/04 | [Re: DEF 4] PLF 1 Notice of w/d of its mot on shortened time to quash def's subpoenas to Federal Agents. |
| 96 - 2 | 02/12/04 | [Re: DEF 4] Clerk's Notice withdrawing motion on shortened time to quash defendant's subpoenas to Federal Agents (88-1). |
| 96A- 1 | 02/12/04 | {SEALED} |
| 96A- 2 | 02/12/04 | {SEALED} |
| 97 - 1 | 02/13/04 | DEF 2 Response to evidentiary issues raised  in government's trial brief. |
| 98 - 1 | 02/13/04 | [Re: DEF 4] CJA appointment of D. Weber. |
| 99 - 1 | 02/19/04 | {SEALED} |
| 100 - 1 | 02/19/04 | [Re: DEF 1] RRB Minute Order re: IOS is set for 4/26/04 at 10:00 a.m. in Juneau.  cc: AUSA, L. Menendez, USM, USPO |
| 101 - 1 | 02/19/04 | [Re: DEF 2] RRB Court Minutes [ECR: Denali Elmore] TBJ Day 1 (held 2/17/04). Jury selected. Court to reconvene 2/18/04 at 8:30 a.m. cc: USA, cnsl |
| 102 - 1 | 02/19/04 | [Re: DEF 2] RRB Court Minutes [ECR: Denali Elmore] TBJ Day 2 (held 2/18/04): Def motion to dismiss DENIED. Court to reconvene 2/19/04 at 8:30 a.m. cc: USA, cnsl |
| 103 - 1 | 02/19/04 | [Re: DEF 2] RRB Court Minutes [ECR: Denali Elmore] TBJ Day 3 (held 2/29/04): Closing arguments heard. Jury dekuberated.  Verdict published. Def found guilty on Ct I of Indictment. Jury polled. Def cnsl request IOS be in Anchorage taken under advisement. Def request to continue release denied; remanded to custody of USM w/recommendation to be incarcerated in Anchorage.  Def motion to set jury verdict denied. IOS set for4/26/04 at 11:00 a.m. in Juneau. cc: USA, cnsl, USM |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                          "USA V FRANCES ANN SHEAKLEY ET AL"

                                 For all filing dates


 Document #    Filed      Docket text

   104 -  1   02/19/04   [Re: DEF 2] Verdict.

   105 -  1   02/19/04   [Re: DEF 2] Jury Instructions.

   106 -  1   02/20/04   [Re: DEF 2] RRB Minute Order that Richard Sheakley Jr. is to be
                         sentenced in this matter in Juneau, Ak on 4/26/04.  Therefore a
                         pre-sentence investigation and report is hereby ordered.  cc: AUSA, D.
                         Arganian, USM, USPO

   107 -  1   03/04/04   [Re: DEF 1] RRB Minute Order that the IOS set for 4/26/04 is vacated and
                         reset for 5/6/04 at 2:00 p.m. in Juneau, Ak. before Judge Fitzgerald.
                         cc: ASUA, L. Menendez, USM, USPO, Judge Fitzgerald

   108 -  1   04/01/04   [Re: DEF 2] RRB Minute Order the IOS set 4/26/04 is vacated and reset
                         for 5/7/04 at 10:30 a.m. in Juneau, AK. before Judge Fitzgerald.  cc:
                         AUSA, D. Arganian, USM, USPO, MJ Pallenberg, Judge Fitzgerald

   109 -  1   04/07/04   {SEALED}

   110 -  1   04/14/04   [Re: DEF 4] JMF Order granting mot for authorization of services (CJA
                         21) in the amount of $987 (109-1). cc: FPD (CJA Clerk)

   111 -  1   04/23/04   DEF 1 motion (ex parte) for authorization of services w/att CV.

   112 -  1   04/27/04   {SEALED}

   112 -  2   04/27/04   {SEALED}

   113 -  1   04/29/04   {SEALED}

   114 -  1   04/29/04   {SEALED}

   115 -  1   04/30/04   [Re: DEF 2] PLF 1 Sentencing Memorandum.

   112 -  3   05/03/04   {SEALED}

   116 -  1   05/04/04   [Re: DEF 1] JMF Minute Order vacating IOS set for 05/06/04 and resetting
                         for 06/04/04 at 10:00 a.m. in Juneau, Alaska. cc: USA, L. Menendez, USM,
                         USPO, MJ Pallenberg, Judge Beistline

   117 -  1   05/04/04   [Re: DEF 2] JMF Minute Order vacating IOS set for 05/07/04 and resetting
                         to 06/04/04 at 11:00 a.m. in Juneau, Alaska. cc: USA, D. Arganian, USM,
                         USPO, MJ Pallenberg, Judge Beistline

   118 -  1   05/04/04   DEF 1 Sentencing Memorandum.

   119 -  1   05/05/04   DEF 2 Sentencing Memorandum.

   120 -  1   05/06/04   {SEALED}

   121 -  1   05/07/04   [Re: DEF 1] JMF Minute Order that IOS previously set for 06/04/04 is
                         vacated and reset for 05/12/04 at 10:00 a.m. in Anchorage. cc: USA, L.
                         Menendez, USM, USPO, MJ Pallenberg, Judge Beistline

   122 -  1   05/11/04   DEF 1 Notice of confidential document.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
"USA V FRANCES ANN SHEAKLEY ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 123 - 1 | 05/11/04 | {SEALED} |
| 124 - 1 | 05/13/04 | {SEALED} |
| 125 - 1 | 05/14/04 | [Re: DEF 4] JWS Judgment of Discharge dism w/prej ct 1S of SIndt (35-1). USA, D. Weber, Def w/cnsls cy, USM, USPO, MJ Pallenberg |
| 126 - 1 | 05/14/04 | {SEALED} |
| 127 - 1 | 05/14/04 | {SEALED} |
| 128 - 1 | 05/14/04 | {SEALED} |
| 129 - 1 | 05/14/04 | {SEALED} |
| 130 - 1 | 05/24/04 | [Re: DEF 2] RRB Minute Order that the IOS set before Judge Fitzgerald will now be before Judge Beistline in Anchorage on 06/04/04 at 10:00 a.m. cc: USA, D. Arganian, USM, USPO, Judge Fitzgerald, MJ Pallenberg |
| 131 - 1 | 05/26/04 | DEF 2 motion to withdraw as attorney of record after sentencing. |
| 132 - 1 | 05/28/04 | {SEALED} |
| 132 - 2 | 06/02/04 | {SEALED} |
| 133 - 1 | 06/03/04 | USM Return of svc of writ of HC Ad Prosequendum re: DEF 1 executed on 9/30/03. |
| 134 - 1 | 06/04/04 | [Re: DEF 2] RRB Court Minutes [ECR: Denali Elmore] IOS held 6/4/04. Impriosnment for a term of 46 months w/recommendations. SR 3 years w/special conditions. SA $100.00. Def remanded to the custody of the USM. Def cnsl's mot to w/draw after IOS granted contingent on cnsl filing a notice of appeal on behalf of the def and contacting FPD to help coordinate oppointed cnsl. |
| 134A- 1 | 06/04/04 | DEF 2 appeal to 9CCA of (134-1) filed 06/04/04. cc: F. Russo, D. Arganian. H. Fleischer, Judge Beistline, 9CCA, USM, USPO |
| 135 - 1 | 06/04/04 | [Re: DEF 2] RRB Order granting motion to withdraw as attorney of record after sentencing and appoint new CJA counsel (131-1). cc: F. Russo, D. Arganian, FDP CJA Clerk |
| 136 - 1 | 06/07/04 | [Re: DEF 2] RRB Judgment found guilty on count(s) 1S of document (35-1). Imprisonment for a term of 46 months w/recommendations. Def remanded to the custody of the USM. SR 3 years w/special conditions. SA $100.00. cc: AUSA, D. Arganian, USM, USPO, MJ Pallenberg, Finance, FLU, Def w/cnsl cy |
| 137 - 1 | 06/10/04 | {SEALED} |
| 138 - 1 | 06/14/04 | [Re: DEF 2] Cy 9CCA Time Schedule Order. (134A-1) cc: F.Russo, H. Fleischer, 9CCA, ECR |
| NOTE - 12 | 06/16/04 | Transmittal: Forwarded notice of appeal to 9CCA. |
| 139 - 1 | 06/16/04 | [Re: DEF 2] PLF 1 CJA appointment of Hugh Fleischer. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                        "USA V FRANCES ANN SHEAKLEY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 140 - 1 | 06/28/04 | {SEALED} |
| 141 - 1 | 07/06/04 | [Re: DEF 1] Partial Transcript re: IOS held 6/4/04. |
| 140 - 2 | 07/07/04 | {SEALED} |
| 142 - 1 | 08/24/04 | {SEALED} |
| 142 - 2 | 08/26/04 | {SEALED} |
| 143 - 1 | 08/31/04 | {SEALED} |
| 143 - 2 | 09/01/04 | {SEALED} |
| 144 - 1 | 09/14/04 | DEF 2 Transcript Designation/Order Form re: notice of appeal (134A-1) w/order form. cc:ecr |
| 145 - 1 | 10/21/04 | [Re: DEF 2] Transcript Vol 1 TBJ Day 1 held 2/17/04 re: notice of appeal (134A-1) (located in expando) |
| 146 - 1 | 10/21/04 | [Re: DEF 2] Transcript Vol 2 TBJ Day 2 held 2/18/04 re: notice of appeal (134A-1) (located in expando) |
| 147 - 1 | 10/21/04 | [Re: DEF 2] Transcript Vol 3 TBJ Day 3 held 2/19/04 re: notice of appeal (134A-1) (located in expando) |
| 148 - 1 | 10/21/04 | [Re: DEF 2] Partial Transcript IOS held 6/4/04 re: notice of appeal (134A-1) (located in expando) |
| 149 - 1 | 10/29/04 | {SEALED} |
| 149 - 2 | 11/02/04 | {SEALED} |
| 150 - 1 | 12/27/04 | {SEALED} |
| 150 - 2 | 12/27/04 | [Re: DEF 4] RRB Order granting motion for approval of CJA 21 voucher in the amount of $987.00 on behalf of T. Burke Wonnell (150-1). cc: FPD (CJA Clerk), T. Wonnell |
| 151 - 1 | 06/03/05 | [Re: DEF 2] cy 9CCA Certificate of Record. (134A-1) cc: cnsl |
| 152 - 1 | 08/16/05 | [Re: DEF 2] RRB Order upon remand and request for briefing. The parties submit briefing on the sentencing issue as stated. If def does not wish to be re-sentenced, he shall notify the court and government by 8/29/05, and no further action will be taken. Otherwise the parties shall have until 9/9/05 to file their briefs. cc: AUSA, |
| 153 - 1 | 08/30/05 | DEF 2 motion for continuance to 8/31 to brief resentencing. |
| 154 - 1 | 08/31/05 | [Re: DEF 2] RRB Order granting motion for continuance to 8/31 to brief resentencing (153-1). cc: USA, H. Fleischer |
| 155 - 1 | 08/31/05 | DEF 2 Response to Remand Order. |
| 156 - 1 | 09/09/05 | DEF 2 opposition to new sentencing hearing. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                        "USA V FRANCES ANN SHEAKLEY ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 157 - 1 | 09/19/05 | [Re: DEF 2] RRB Sentencing order upon remand.  There is no need to conduct another sentencing hearing in this matter.  The sentence previously imposed shall stand. Def may appeal this order.  No separate judgment will be entered.  If def cannot afford to appea, the clerk of court can, at def's request prepare and file a notice of appeal on defs behalf.   An appeal must be file w/in 10 days. cc: AUSA, H. Fleischer, USM, USPO, Appeals Clerk, 9CCA |
| 158 - 1 | 11/21/05 | {SEALED} |
| 158 - 2 | 11/23/05 | {SEALED} |
| 159 - 1 | 12/02/05 | {SEALED} |
| 160 - 1 | 12/08/05 | DEF 1 motion (ex parte) for approval of CJA 21 voucher in the on behalf of L. Menendes for pmt to Debra Schorr in the amt of $143.33 for investigative services. |
| 159 - 2 | 12/09/05 | {SEALED} |
| 160 - 2 | 12/12/05 | {SEALED} |
| 161 - 1 | 12/13/05 | {SEALED} |
| 161 - 2 | 12/16/05 | {SEALED} |